Certificate Number: 17572-PAE-DE-031584377

Bankruptcy Case Number: 13-13137



17572-PAE-DE-031584377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 7, 2018</u>, at <u>1:23</u> o'clock <u>PM PDT</u>, <u>Atera M Fountain</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 7, 2018</u>                By:   <u>/s/Leigh-Anna M Thompson</u>

Name:   <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>